# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 15, 2013

### NO. 03-13-00140-CR

**Benjamin Louis Labahn, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 277TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED --
OPINION BY CHIEF JUSTICE JONES**

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, it is the opinion of this Court that there was error in the trial court's judgment revoking community supervision, but that such error does not require the judgment be reversed:

**IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is modified to delete "8 years TDCJ" as the "Terms of Plea Agreement" and to instead reflect that the "Terms of Plea Agreement" are "Not Applicable." As so modified, the trial court's judgment revoking community supervision is affirmed. It **FURTHER** appearing to the Court that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.